UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL ALEXANDER KUHL,

     Plaintiff,

                                              Hon. Paul L. Maloney

v.

                                              Case No. 1:24-cv-00239

BUREAU OF PRISONS, et al.,

     Defendants.

_____/

## **CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER**

     Samuel Alexander Kuhl has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

                    UNSIGNED MOTION to amend/correct 1 – ECF No. 8

     This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Samuel Alexander Kuhl files a signature page (attached) within 21 days of the date of this order.

     IT IS SO ORDERED

Date:  April 11, 2024

eod

                                              _/s/ Ray Kent_____

                                              RAY KENT

                                              U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL ALEXANDER KUHL,

     Plaintiff,

v.

BUREAU OF PRISONS, et al.,

     Defendants.

_____/

Hon. Paul L. Maloney

Case No. 1:24-cv-00239

**SIGNATURE PAGE FOR:**

UNSIGNED MOTION to amend/correct 1 – ECF No. 8

The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.